IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lyne Walke,                                      :
                          Petitioner             :
                                                 :
            v.                                   :        No. 762 C.D. 2019
                                                 :
Unemployment Compensation                        :
Board of Review,                                 :
                          Respondent             :


**PER CURIAM**                    **O R D E R**

      NOW, July 6, 2020, upon consideration of Petitioner's application for reconsideration, the application is denied.